UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| SOUEN KIM, | ) |
| | ) |
|       PETITIONER | ) |
| | ) |
| v. | )    CIVIL NO. 07-110-P-H |
| | ) |
| STATE OF MAINE, | ) |
| | ) |
|       RESPONDENT | ) |

## ORDER ON MOTION FOR LEAVE TO APPEAL
## *IN FORMA PAUPERIS*

The Petitioner's motion for leave to appeal *in forma pauperis*, also treated as a motion for certificate of appealability, is **DENIED**. I find that no certificate of appealability should issue because the defendant has failed to state any issues, let alone a substantial issue, to be presented on appeal. See Fed. R. App. P. 22(b), 24(a)(1)(C); First Circuit Local Rule 22.1.

SO ORDERED.

DATED THIS 5TH DAY OF FEBRUARY, 2008

                                            /S/D. BROCK HORNBY
                                            **D. BROCK HORNBY**
                                            **UNITED STATES DISTRICT JUDGE**